CHARLES WERNER, *et al.*, Appellants, *v.* MINNA C. TUCH, *et al.*, Respondents.

*Court of Appeals, January* 31, 1890.

Affirming 52 Hun, 269.

*Appeal. Undertaking.*—An undertaking on appeal in a foreclosure action against waste, and for the value of use and occupation, operates as a stay of proceedings, without a covenant to pay a deficiency, and the option is with the appellant to give either form of undertaking.

Appeal from an order of the general term of the supreme court, affirming an order staying proceedings in the action.

*Reynolds, Stanchfield & Collins*, for appellants.

*Simpson & Werner*, for respondents.

PER CURIAM.—The construction of § 1331 of the Code of Civil Procedure, adopted in Grow *v.* Garlock, 29 Hun, 598, which on an appeal in foreclosure cases holds that an undertaking against waste and for the value of use and occupation operates as a stay of proceedings without a covenant to pay a deficiency, and that the appellant may choose to give either form of the undertaking, with equal effect, is approved for the reasons there given.

The order is, therefore, affirmed, with costs.

All concur.